FILED
November 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D26

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ulysses Junior Loyd O'Dell and Cynthia Ann Borges-O'Dell | **Case No :** | 11-93269 - D - 13G |
| | | **Date :** | 11/22/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [14] - Motion/Application to Value Collateral of GMAC Financial Services [SDM-1] Filed by Joint Debtor Cynthia Ann Borges-O'Dell, Debtor Ulysses Junior Loyd O'Dell (cwam) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is granted as provided in this order. The secured claim of GMAC Financial Services, whose claim is secured by a junior deed of trust on the debtor(s) residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded.

Dated: November 24, 2011

Robert S. Bardwil, Judge
United States Bankruptcy Court